UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:24–cv–03382–MWF–JPR         Date        January 16, 2026

Title        BRIDGET SIBYL QUINTERO V. PRIME NOW LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
       Courtroom Deputy                          Court Reporter

   Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

       In light of the Notice of Settlement filed 1/16/26, the Court sets a hearing on Order To Show Cause Re Dismissal for April 13, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

       **IT IS SO ORDERED.**

                                                        Initials of Clerk:  rs